Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANTHONY SIMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE, a municipal corporation, and ROBERT BROWN, GREGORY NASH, GARRETT FOLLETTE, and BRADLEY RICHARDSON, Officers of the Seattle Police Department,<br><br>　　　　　Defendants. | No. 2:22-CV-00483-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM BRIEFING DEADLINES AND AGREED BRIEFING SCHEDULE<br><br>NOTED FOR MOTION CALENDAR: APRIL 11, 2023. |

The Court, having reviewed the parties' stipulation filed April 11, 2023, hereby ORDERS that the Stipulated Motion is GRANTED. Defendants' Motion for Summary Judgment (Dkt. No. 28) is re-noted for May 19, 2023. Plaintiff will note his anticipated dispositive motion for the same date. All dispositive motions will be filed by April 20, 2023, pursuant to the Court's scheduling order (Dkt. No. 24). Responses to dispositive motions shall be due May 15, 2023, and replies due on May 19, 2023.

DATED this 12th day of April, 2023.

*/s/ Tana Lin*
Tana Lin
United States District Judge

STIPULATED MOTION FOR RELIEF FROM BRIEFING DEADLINES AND AGREED BREIFING SCHEDULE - 1

No. 2:22-CV-00483-TL

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Submitted by:

                    MacDONALD HOAGUE & BAYLESS

By: ___/s/Nathaniel Flack_____
     Nathaniel Flack, WSBA #58582
     NathanielF@mhb.com
     705 Second Avenue, Suite 1500
     Seattle, WA 98104
     Phone: (206) 622-1604
     *Attorneys for Plaintiff*

STIPULATED MOTION FOR RELIEF FROM BRIEFING
DEADLINES AND AGREED BREIFING SCHEDULE - 2

No. 2:22-CV-00483-TL

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961