Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY SIMS,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, a municipal corporation, and ROBERT BROWN, GREGORY NASH, GARRETT FOLLETTE, and BRADLEY RICHARDSON, Officers of the Seattle Police Department,<br><br>               Defendants. | No.   2:22-CV-00483-TL<br><br>[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STAY OR CONTINUE TRIAL AND TRIAL RELATED DEADLINES PENDING DISPOSITION OF SUMMARY JUDGMENT |

      This matter comes before the Court on Defendants' Motion to Stay or Continue Trial and Trial-related Deadlines Pending Disposition of Summary Judgment. Dkt. # 28. Defendants filed their motion for summary judgment prior to the date specified in the case management order, but the Court has not yet made its decision. Also pending is Plaintiff's Cross-Motion for Partial Summary Judgment, and Defendants' *Daubert* Motion to Exclude Testimony of Russ Hicks. Dkt. # 40 and # 44. The deadline for filing the agreed pretrial order is July 31, 2023, and the trial date is August 14, 2023. Dkt. # 24.

Having reviewed the memoranda filed by the parties, the Court finds as follows:

Until the Court resolves the pending evidentiary motion, further efforts to limit the witnesses and exhibits to be presented at trial would be duplicative and a waste of time and legal fees. Until the Court resolves the pending summary judgment motion, the parameters of the claims and issues that must be addressed in the parties' trial briefs are unknown, as is the scope of the witnesses and exhibits to be disclosed in the pretrial order. Consideration of judicial economy and efficiency will be furthered by a continuance of the remaining case management deadlines.

For all the foregoing reasons, Defendants' motion is GRANTED.

DATED this 15th day of June, 2023.

Tana Lin
United States District Judge

Presented By:

ANN DAVISON
Seattle City Attorney

By:   */s/ Jessica Leiser*
Jessica Leiser, WSBA# 49349
Brandon Rain, WSBA# 45247
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
E: jessica.leiser@seattle.gov
E: brandon.rain@seattle.gov
Phone: (206) 256-5133
*Attorneys for Defendants City of Seattle, Robert Brown,*
*Gregory Nash, Garrett Follette, and Bradley Richardson*

[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STAY OR
CONTINUE TRIAL AND TRIAL RELATED DEADLINES PENDING
DISPOSITION OF SUMMARY JUDGMENT
(2:22-cv-00483-TL) - 2