UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY SIMS,<br><br>                    Plaintiff,<br>          v.<br><br>CITY OF SEATTLE, a municipal corporation, and ROBERT BROWN, GREGORY NASH, GARRETT FOLLETTE, and BRADLEY RICHARDSON, Officers of the Seattle Police Department,<br><br>                    Defendants. | CASE NO. 2:22-cv-00483-TL<br><br>ORDER |

This matter is before the Court *sua sponte*. A jury trial in this matter is currently scheduled to begin on April 15, 2024, and motions *in limine* are due March 11, 2024. *See* Dkt. No. 71. There is also a pending appeal by Defendants currently under review by the Ninth Circuit. *See* Dkt. No. 63.

On January 21, 2024, the Court was notified that Defendants' appeal is scheduled for oral argument on April 5, 2024. It is thus now apparent that the appeal will not be resolved before the

ORDER - 1

trial date. While the Court currently retains jurisdiction over Plaintiff's *Monell* claim, the appeal may affect the scope of issues for the trial. As Defendants have explained, to thus proceed with trial before the appeal is resolved risks inconsistent rulings or the need for multiple trials. *See* Dkt. No. 72. Indeed, Plaintiff opposed a bifurcation of the issues at the outset of this case. *See* Dkt. No. 17 at 3, 5. The Court now finds that a stay is appropriate until Defendants' appeal is resolved in order to conserve judicial resources and avoid inconsistent outcomes.

Accordingly, it is hereby ORDERED:

(1) This matter is STAYED pending the outcome of Defendants' appeal.

(2) The trial date and all pretrial deadlines are STRICKEN.

(3) Defendants' Motion *in Limine* to Exclude Expert Testimony of Russ Hicks (Dkt. No. 44) is STRICKEN with leave to refile.

(4) The Parties SHALL submit a joint status report, including a proposed trial schedule, **within fourteen (14) days** of a ruling on the appeal.

Dated this 23rd day of January 2024.

Tana Lin
United States District Judge

ORDER - 2