Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANTHONY SIMS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, a municipal corporation, and ROBERT BROWN, GREGORY NASH, GARRETT FOLLETTE, and BRADLEY RICHARDSON, Officers of the Seattle Police Department,<br><br>    Defendants. | No. 2:22-CV-00483-TL<br><br>[PROPOSED] ORDER OF DISMISSAL |

Pursuant to the parties' Stipulation of Dismissal, it is hereby ORDERED that all claims asserted by Plaintiff against Defendants are dismissed with prejudice, without award of fees or costs to any party. This Order does not abrogate the orders of the District Court on summary judgment (*see* ECF No. 61) or the Ninth Circuit on interlocutory appeal. *See Sims v. Brown*, No. 23-35545, 2024 U.S. App. LEXIS 10281 (9th Cir. Apr. 29, 2024).

DATED this 26th day of November, 2024.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER OF DISMISSAL - 1

No. 2:22-CV-00483-TL
2:22-cv-00483-TL

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

<mark>

Submitted by:

                MacDONALD HOAGUE & BAYLESS

By:   /s/ *Nathaniel Flack*
      Nathaniel Flack, WSBA #58582
      Lauren Freidenberg, WSBA #59145
      NathanielF@mhb.com
      LaurenF@mhb.com
      705 Second Avenue, Suite 1500
      Seattle, WA 98104
      Phone: (206) 622-1604

*Attorneys for Plaintiff*

By:   /s/ *Jessica Leiser* (with permission)
      Jessica Leiser, WSBA # 49349
      Alexandra Nica, WSBA # 58299
      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
      Jessica.Leiser@Seattle.gov
      Alexandra.Nica@seattle.gov

[PROPOSED] ORDER OF DISMISSAL - 2

No. 2:22-CV-00483-TL
2:22-cv-00483-TL

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961